JOSEPH LEVINE, Respondent, v. BECKIE FISHER, Appellant, and LILLIAN

WEINER and Others, Defendants.— Order vacating, upon condition, order appointing receiver affirmed,. with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.